**Opinion filed September 12, 2019**



## In The

# Eleventh Court of Appeals

_____

### No. 11-19-00229-CV

_____

## ERMALINDA LICON ORNELAS AND LEE ROY LICON, Appellants

## V.

## STANTON NURSING & REHABILITATION, LP, Appellee

**On Appeal from the 358th District Court**
**Ector County, Texas**
**Trial Court Cause No. D-16-12-1200-CV**

## M E M O R A N D U M   O P I N I O N

Ermalinda Licon Ornelas and Lee Roy Licon filed a notice of appeal on July 15, 2019. According to the district clerk, Appellants have not filed a designation of record, paid for the clerk's record, or made arrangements to pay for it. *See* TEX. R. APP. P. 35.3(a)(2). We notified Appellants by letter that the clerk's record was past due, that Appellants must resolve this matter by August 20, 2019,

and that this appeal would be subject to dismissal if Appellants failed to timely resolve this matter. *See* TEX. R. APP. P. 37.3(b). Appellants have not done so.

Accordingly, we dismiss this appeal for want of prosecution. TEX. R. APP. P. 37.3(b), 42.3(b).

PER CURIAM

September 12, 2019

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.